FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLA CARRIZOSA and ANTHONY CARRIZOSA, wife and husband and the marital community comprised thereof,<br><br>                    Plaintiffs,<br><br>  v.<br><br>CURT BANEY, INC., an Oregon corporation doing business as Oxford Inn Yakima,<br><br>                    Defendant. | NO:  1:19-CV-3186-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

      BEFORE THE COURT is the Parties' Stipulated Motion to Remand, ECF No. 8, and Defendant's Motion to Expedite Hearing of the Stipulated Motion to Remand, ECF No. 9.  Having reviewed the motions and the remaining record, the Court finds good cause to expedite hearing under LCivR 7(i)(e).  Further noting that there is no federal question at issue; that the parties agree that Yakima County Superior Court has personal and subject matter jurisdiction over the parties and the action; and that the parties dispute the timeliness of the removal to this Court, the Court approves the parties' stipulation to remand the matter to state court.

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite Hearing, **ECF No. 9**, is **GRANTED**.

2. The Stipulated Motion to Remand, **ECF No. 8**, is **GRANTED**.

3. Plaintiffs' pending Motion to Remand, **ECF No. 6**, is **DENIED AS MOOT**.

4. This matter is **REMANDED** to Yakima County Superior Court.

5. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this matter.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** September 27, 2019.

                                       *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                         United States District Judge